Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2026

**BY ECF**

The Honorable John G. Koeltl
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

A CONFERENCE WILL BE HELD ON MONDAY, SEPTEMBER 28, 2026, AT 3:30PM.

SO ORDERED.

9/23/26.

U S D J

Re: **United States v. Gary Ramos**
**26-CR-181 (JGK)**

Dear Judge Koeltl,

Gary Ramos, through undersigned counsel, respectfully moves the Court for a hearing to determine whether it would be appropriate to appoint new counsel in this case due to a complete breakdown in the attorney-client relationship. Undersigned counsel would be available on the following dates for the requested hearing:

- Thursday, September 24, 2026 (After 11:00am);
- Friday, September 25, 2026 (Before 2:00pm);
- Monday, September 28, 2026 (After 3:30pm); or
- Tuesday, September 29, 2026 (After 3:00pm).

Respectfully Submitted,
/s/
Kristoff Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791