UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against- 26 cr 181 (JGK)

GARY RAMOS,
Defendant.
------------------------------------------------------------X

It is hereby ordered that Florian Miedel, Esq., of Miedel & Mysliwiec LLP is appointed as counsel for the above-named defendant, for all purposes, replacing Kristoff Williams, Esq.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 28, 2026