UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

- against -

GARY RAMOS,

Defendant.

26-cr-181 (JGK)

Order

**John G. Koeltl, District Judge:**

The defendant may make any pretrial motions by **December 11, 2026.** The Government may respond by **January 5, 2027.** The defendant may reply by **January 15, 2027.** The Government must produce any evidence pursuant to Fed. R. Evid. 404(b) by **January 15, 2027.**

The parties should submit a proposed joint pretrial order, together with proposed voir dire requests, requests to charge, and motions in limine, by **January 22, 2027.** Responses and objections to those submissions are due by **January 29, 2027.**

A conference is scheduled for **November 12, 2026 at 2:30 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007. The conference previously scheduled for December 14, 2026 at 11:30 a.m. is **canceled.** The final pretrial conference is scheduled for **March 4, 2027 at 4:00 p.m.,** and trial is scheduled for **March 9, 2027 at 9:00 a.m.**

Further, in an Order date September 10, 2026, the Court excluded time from **September 10, 2026** through **March 9, 2027** from Speedy Trial Act

calculations. See ECF No. 16. In that Order, the Court explained that this exclusion is necessary to allow the defendant to file any pretrial motions and the Court to resolve them, and to ensure the effective assistance of counsel. See id. The Court also found that the ends of justice served by granting this continuance outweigh the best interest of the defendant and the public in a speedy trial, and as such, entered that Order pursuant to 18 U.S.C. § 3161(h)(7)(A). See id. At the conference held on September 28, 2026, the Court reiterated that exclusion, and now confirms the exclusion of time from **September 10, 2026** through **March 9, 2027** from Speedy Trial Act calculations for the same reasons that were articulated in its prior Order dated September 10, 2026.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 29, 2026**

**John G. Koeltl**
**United States District Judge**