UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

- against -

GARY RAMOS,

Defendant.

26-cr-181 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The defendant may make any pretrial motions by **December 11, 2026.** The Government may respond by **January 5, 2027.** The defendant may reply by **January 15, 2027.** The Government must produce any evidence pursuant to Fed. R. Evid. 404(b) by **February 11, 2027.**

The parties should submit a proposed joint pretrial order, together with proposed voir dire requests, requests to charge, and motions in limine, by **March 5, 2027.** Responses and objections to those submissions are due by **March 12, 2027.** The final pretrial conference is scheduled for **March 15, 2027 at 2:30 p.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York 10007. Trial is scheduled for **April 20, 2027 at 9:00 a.m.**

SO ORDERED.

Dated: New York, New York
November 13, 2026

John G. Koeltl
United States District Judge